| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Randolph Roger Ramirez, Esq. (SBN297928)<br>DONALD T. DUNHAM & ASSOCIATES<br>8632 E. Valley Blvd. #P<br>Rosemead, CA 91770<br>Tel: 626.288-1699<br>Fax: 626.784.0480<br>lawrrr@me.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: AQUILINO NOYOLA, Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 25 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*LOS ANGELES* DIVISION**

| In re:<br><br>AQUILINO NOYOLA<br><br><br><br>Debtor(s). | CASE NO.: 2:17-BK-19907-ER<br>CHAPTER: 7<br><br>**ORDER ON DEBTOR'S MOTION EXTEND TIME TO FILE CASE OPENING DOCUMENTS [FRBP 1007(c), LBR 1007(b)]**<br><br>[No Hearing Required] |
|---|---|

Based on Debtor's motion filed on (*date*) 08/24/2017 as docket entry number 11 Pursuant to FRBR 1007(C), LBR 1007(b), Debtor requests an extension of time to file opening documents:

FINDING that there is cause to extend the time to file opening documents:

1. ☒ Motion granted.  Debtor extension to file opening documents is extended to September 4, 2017. If Debtor fails to file all required documents by September 4, 2017, the Court will dismiss the case without further notice or hearing.

2. ☐ Motion denied without prejudice on the following grounds *(specify)*:     ☐     See attached page

//
//
//
//
//
//
//

IT IS SO ORDERED.

###

Date: August 25, 2017

*Ernest M. Robles* (signature)

Ernest M. Robles
United States Bankruptcy Judge